**Kenneth L. WOODWORTH, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

No. 2009–3063.

United States Court of Appeals, Federal Circuit.

July 22, 2009.

Rehearing and Rehearing En Banc Denied Oct. 9, 2009.

Frank DeMelfi, Melville Johnson, P.C., of Atlanta, GA, argued for petitioner. With him on the brief was Christopher D. Vaughn.

Hillary A. Stern, Senior Trial Counsel, Commercial Litigation Branch, Civil Divi-

sion, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

NEWMAN, MAYER, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.